**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

The State, Respondent,

v.

Wayne Albeon Scott, Jr., Petitioner.

Appellate Case No. 2016-000067

————————

**ON WRIT OF CERTIORARI TO THE COURT OF APPEALS**

————————

Appeal From Florence County
Howard King, Circuit Court Judge

————————

Memorandum Opinion No. 2017-MO-010
Heard May 2, 2017 – Filed May 31, 2017

————————

**CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED**

————————

Appellate Defender LaNelle Cantey DuRant, of Columbia, for Petitioner.

Attorney General Alan McCrory Wilson, Chief Deputy Attorney General J. Robert Bolchoz, and Senior Assistant Deputy Attorney General Donald J. Zelenka, all of

Columbia; Solicitor Edgar Lewis Clements, III, of Florence, all for Respondent.

––––––––––

**PER CURIAM:** We granted Wayne Albeon Scott, Jr.'s petition for a writ of certiorari to review the Court of Appeals' decision affirming the circuit court's refusal to grant Scott immunity under the South Carolina Protection of Persons and Property Act. *State v. Scott*, Op. No. 2015-UP-513 (S.C. Ct. App. filed Nov. 12, 2015). We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**BEATTY, C.J., KITTREDGE, HEARN, FEW, JJ., and Acting Justice DeAndrea Benjamin, concur.**